AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**LORILYN AGUINALDO,**
a/k/a Lorilyn Gomez,

      Petitioner,

  vs.                      CASE NUMBER: **10-C-150**

**DAVID G. BETH**,

      Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Lorilyn Aguinaldo's petition pursuant to Title 28, United States Code, Section 2241, is DENIED.**

**This action is hereby DISMISSED.**

  **July 20, 2010**                                    **JON W. SANFILIPPO**
Date                                                          Clerk

                                                              s/ Linda M. Zik
                                                              (By) Deputy Clerk